# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Martin Washington,
    Plaintiff

Case No. 1:10-cv-151

vs

Homer Knipp,
    Defendant

**ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL**
(Beckwith, J.; Hogan, M.J.)

Now before the Court is Plaintiff's Motion Requesting Appointment of Counsel. (Doc. 4). The law does not require the appointment of counsel for indigent plaintiffs in cases such as this, see *Lavado v. Keohane*, 992 F.2d 601, 604-05 (6th Cir. 1993), nor has Congress provided funds with which to compensate lawyers who might agree to represent those plaintiffs. The appointment of counsel in a civil proceeding is not a constitutional right and is justified only by exceptional circumstances. *Id.* at 605-06. See also *Lanier v. Bryant*, 332 F.3d 999, 1006 (6th Cir. 2003). Moreover, there are not enough lawyers who can absorb the costs of representing persons on a voluntary basis to permit the Court to appoint counsel for all who file cases on their own behalf. The Court makes every effort to appoint counsel in those cases which proceed to trial, and in exceptional circumstances will attempt to appoint counsel at an earlier stage of the litigation. No such circumstances appear in this case. Plaintiff's claims are relatively straightforward and involve incidents in which he was a participant. In addition, the motions and briefs filed by plaintiff in this action demonstrate he is capable of representing himself adequately in this matter. Therefore, Plaintiff's Motion Requesting Appointment of Counsel (Doc. 4). is **DENIED**.

**IT IS SO ORDERED.**

Date: 5/3/10

Timothy S. Hogan
United States Magistrate Judge

J:\LES\prisoner1983\Washington.app.wpd